A CERTIFIED TRUE COPY
OCT 30 2006
ATTEST Denise Morgan-Stone
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 NOV 13 PM 3: 52

OFFICE OF THE CLERK

8:06cv606

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 12 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-82)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV - 8 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,558 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

RECEIVED
NOV 13 2006
CLERK
U.S. DISTRICT COURT
OMAHA

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 30 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-82 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**          **CASE CAPTION**

MINNESOTA
MN    0  06-3762         Michele Miller v. Wyeth, et al.
MN    0  06-3766         Judy Rhodes v. Wyeth, et al.
MN    0  06-3820         Sharon Yoder v. Wyeth, et al.

NEBRASKA
NE    8  06-606          Dorothy J. Koch v. Wyeth, et al.